# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KEITH CORBIN, | ) **Case No.: 1:10-cv-11791** |
| Plaintiff, | ) |
| v. | ) **(Unlawful Debt Collection Practices)** |
| ENTERPRISE RECOVERY SYSTEMS, | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


 /s/  Craig Thor Kimmel
    Craig Thor Kimmel
    Attorney ID # 662924
    Kimmel & Silverman, P.C.
    30 E. Butler Pike
    Ambler, PA 19002
    Phone: (215) 540-8888
    Fax: (877) 778-2864
Email: kimmel@creditlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of July 2011, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by electronic mail to:

James R. Stevens, Esq.
Connelly Law Group, LLC
55 W. Monroe St., Ste. 1700
Chicago, IL 60603
jstevens@clgllc.com

  /s/ Craig Thor Kimmel
Craig Thor Kimmel
Attorney ID # 662924
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 778-2864
Email: kimmel@creditlaw.com